IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL No. 1:22-CR-00011-LY |
| (5) RODOLFO GUERRA | § | |

### ORDER

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Susan Hightower for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence of this court.

SIGNED this 25th day of April, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE